JAY A. LEE, Respondent, v. DOUGLAS GIBBONS & Co., INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of directing (1) that the plaintiff state the date of the agreement of employment alleged in paragraph fourth of the complaint and the dates between which the alleged services thereunder were rendered by plaintiff; and (2) that plaintiff eliminate from paragraph sixth of the complaint the conjunctive-disjunctive form "and/or" which renders the allegations equivocal, uncertain and indefinite, with leave to plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of IRA BRENNER, as Administrator of RALPH BRENNER, Deceased. IRA BRENNER, as Administrator, etc., Respondent; ZALEL LAST, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of GRACE B. TRAENDLY, Petitioner, Appellant, against RUSSELL FORBES, Commissioner of Department of Purchase, and CITY OF NEW YORK, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAY E. BOND, Appellant, v. CHARLES H. BOND or Any Other Person Having the Custody of CRANSTON ALLEN BOND, Respondent.— On this record we must affirm the order appealed from dismissing the writ of habeas corpus. We do not, however, thereby intend to pass upon the merits of the controversy concerning custody or approve the propriety of the provisions of the prior decree. Order unanimously affirmed. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

EDWIN W. SPARKS, Respondent, v. HERBERT M. BERGAMINI, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HARRY STOCKWELL, Appellant, v. WALT DISNEY PRODUCTIONS, LTD., and R. C. A. MANUFACTURING COMPANY, Respondents.— Order unanimously modified by denying motion as to items "7," "8," "9" and "10" of the demand for a bill of particulars, and, as to items "5" and "6," denying the motion provided plaintiff concludes his examination of the defendants within thirty days after service of order with notice of entry thereof, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GUSTAV EDLUND, Respondent, v. HILDUR EDLUND, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.